JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISPIN GARCIA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>W.L. MONTGOMERY, Warden,<br><br>　　　　Respondent. | Case No. CV 20-7849 JWH (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the above-captioned action is dismissed with prejudice.

Dated: February 16, 2021

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE